WALTER HATTER AND R. E. EVANS, *Appellants, v.* AMES A. BARLOW, CELINDA F. BARLOW, ALBERT L. McGLAUN, G. N. HENDRY, MABEL L. MEAD, ALBERT L. McGLAUN, TRUSTEE, AMES A. BARLOW, TRUSTEE, JOHN W. PINKERTON, ROBERT B. HOLMES, R. E. EVANS, GEORGE H. BRUEN AND BREVARD COUNTY STATE BANK, A CORPORATION, *Appellees.*

Opinion Filed January 7, 1924.

This case was decided by Division B.

An Appeal from the Circuit Court for Brevard County; James W. Perkins, Judge.

*Kay, Adams & Ragland,* for Appellants;

*Noah B. Butt,* for Appellees.

PER CURIAM.—This appeal is from interlocutory orders sustaining demurrers of amended bills of complaint.

Upon full consideration of the record, it appears that the amended bills of complaint do not wholly fail to state an equity in favor of the complainants, therefore the general demurrers to the amended bills of complaint should not have been sustained.

Reversed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.